750 A.2d 822

Nancy WOLF, on behalf of the deceased,
Hunter WOLF, Petitioner,

v.

WORKERS' COMPENSATION APPEAL BOARD
(BIRDSBORO CORPORATION),
Respondents.

Supreme Court of Pennsylvania.

April 26, 2000.

Reconsideration Denied June 28, 2000.

## ORDER

PER CURIAM:

**AND NOW**, this 26th day of April, 2000, the Petition for Allowance of Appeal is GRANTED. The Order of the Commonwealth Court is reversed. See *City of McKeesport v. Workers' Compensation Appeal Board (Miletti)*, 560 Pa. 413, 746 A.2d 87 (2000).